FILED
CHARLOTTE, NC

SEP 2 4 2018

US District Court
Western District of NC

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH EMAIL ACCOUNTS GAPFINANCIALINC@GMAIL.COM; HCHUMSKY65@GMAIL.COM; THEGROUP488@GMAIL.COM; VERATECINC@GMAIL.COM; AND SUNGLEE23@YAHOO.COM THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE LLC AND/OR OATH HOLDINGS INC. | ) DOCKET NO. 3:18mj315 ) ) ) ) ) ) MOTION TO SEAL SEARCH WARRANT, ) APPLICATION AND AFFIDAVIT ) ) ) ) ) ) |

NOW COMES the United States of America, by and through R. Andrew Murray, United States Attorney for the Western District of North Carolina, who moves this Honorable Court for an Order directing that the Search Warrants, Applications for Search Warrant, Application for Non-Disclosure Order, and Affidavit in support of the Search Warrants, along with this Motion and any Order issued pursuant to this Motion or in connection with this Search Warrant Application, be sealed, and that same remain sealed until further order of this Court, except that a copy of the Search Warrant and Non-Disclosure Order shall be served on Google LLC and/or Oath Holdings Inc. d/b/a Yahoo! Mail.

In support thereof, the United States submits that the sealing of said documents is necessary to protect the secrecy of an ongoing criminal investigation, and that public disclosure of said documents would adversely affect the integrity of the ongoing criminal investigation.

Respectfully submitted, on this 24th day of September, 2018.

                                                R. ANDREW MURRAY,
                                                UNITED STATES ATTORNEY

                                                s/ Dallas J. Kaplan
                                                D.C. Bar No.: 1011465
                                                Assistant United States Attorney
                                                United States Attorney's Office - WDNC
                                                227 West Trade Street, Suite 1650
                                                Charlotte, North Carolina 28202
                                                Telephone: (704) 344-6222
                                                Facsimile: (704) 344-6629
                                                E-mail: Dallas.Kaplan@usdoj.gov